IN THE UNITED STATES BANKRUTPCY COURT FOR
THE DISTRICT OF PUERTO RICO

## ORDER

The application for payment of unclaimed funds to claimant, filed by DORAL FINANCIAL CORPORATION, on June 7, 2013, for the amount stated per case listed herein is GRANTED.

| Case No. | Debtor | Chapter | Amount |
|---|---|---|---|
| 04-08018 | Serafin Hernandez Pacheco & Yolanda Lopez Ortiz | 13 | $314.83 |
| 98-01144 | Carmen Roman Clemente | 13 | $736.00 |
| 04-11680 | Robert Louis Muszynski Caban & Dianellis Rodriguez Barrios | 13 | $364.00 |
| 01-12764 | Felix Acevedo Hernandez & Ana L. Gonzalez Lara | 13 | $1,007.32 |
| 95-07883 | Luis Martinez Torres & Rosaura (RM) Pomales Cruz | 13 | $882.80 |
| 97-08613 | Nancy Ferrer Garriga | 13 | $4,978.47 |
| 96-01501 | William Cruz Cruz & Ivette Torres Benitez | 13 | $1,613.16 |
| 96-06015 | Rosa Rivera Rivera | 13 | $529.38 |
| 98-04888 | Filomeno Ramos Diaz & Carmen S. Lopez Rivera | 13 | $663.83 |
| 03-07783 | Ivette De L Vincente Cruz | 13 | $432.25 |

**SO ORDERED.**

San Juan, Puerto Rico, on this ___ day of June, 2013.

                                                                                                  _____
Hon. Brian K. Tester
U.S. Bankruptcy Judge

C:      Debtor(s)
        Debtor's Attorney
        Trustee
        Movant's Attorney
        Finance Dept.